427 A.2d 263

Bilger, Appellant, v. Allenbaugh, Jr.

Adams, Appellant, v. Allenbaugh, Jr. et al.

Argued March 17, 1980. Edward F. Silva, for Bilger, appellant (at No. 431) and Adams, appellant (at No. 432); J. Michael Dorezas, for Allenbaugh, Jr., appellee (at Nos. 431 and 432) and Edward F. Silva, for Bilger, appellee (at No. 432).

Before PRICE, CAVANAUGH and WATKINS, JJ.

Affirmed.